**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Dave Whitaker v. The State of Texas

Appellate case number:    01-13-00257-CR

Trial court case number:  1350821

Trial court:              174th District Court of Harris County

  Appellant, who is represented in this appeal by appointed counsel, has filed a pro se "Motion for Docketing Statement" and "Motion to Obtain Transcript," in which he requests that the reporter's record be prepared and forwarded to this Court without cost, and that he be provided with a copy. The reporter's record has been filed, and appellant is directed to obtain the copy he requests from his attorney.

  Appellant's motions are **dismissed**.

  It is so ORDERED.


Judge's signature: /s/ Sherry Radack
      ☑ Acting individually  ☐ Acting for the Court


Date: June 10, 2013